IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY R. RICHEY,

    Petitioner,

v.                                                     CASE NO. 5:08-cv-181-RS-AK

JUDGE ALLEN REGISTER,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 2, Amended Petition for Writ of Habeas Corpus, and Doc. 5, Motion to Amend. Petitioner has not paid the filing fee or filed a motion for leave to proceed *in forma pauperis*. At this stage, however, the Court cannot accurately determine whether Petitioner truly seeks habeas corpus relief pursuant to 28 U.S.C. § 2254, since he does not appear to be in custody, or whether he seeks some other sort of relief, perhaps pursuant to 42 U.S.C. § 1983 for violation of his civil rights. The assessment of a filing fee is dependent on the type of action at issue. Therefore, because neither the petition nor the amended petition is on the appropriate form, the Court will grant the motion to amend, and the Clerk will provide Petitioner with forms for filing either a § 2254 habeas petition (if he seeks release because of an unconstitutional conviction) or a § 2241 habeas petition (if Petitioner is a pre-trial detainee) or a § 1983 civil rights complaint (if he is seeking damages for violation of his constitutional rights). The Clerk will also provide Petitioner with the appropriate form for seeking leave to proceed *in forma pauperis*. Petitioner should choose one cause of action or the other, i.e., either § 1983 or § 2254 or § 2241, and complete the appropriate form or advise the Court of his desire to dismiss

this cause voluntarily.

Accordingly, it is **ORDERED**:

That the Clerk shall furnish Petitioner with four copies of the appropriate forms and instructions for filing a complaint pursuant to 42 U.S.C. § 1983, a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241;

That the Clerk shall furnish Petitioner with an application for leave to proceed *in forma pauperis*;

That the motion to amend, Doc. 5, is **GRANTED**;

That no later than **July 28, 2008**, Petitioner shall file either a "Second Amended Complaint" or a "Second Amended Petition" as explained in this order, along with two identical copies including any exhibits.  He shall also keep an identical copy for his records;

That no later than **July 28, 2008**, Petitioner shall file an amended application for leave to proceed *in forma pauperis*;

That, if Plaintiff does not wish to proceed with this litigation, he shall, no later than **July 28, 2008**, advise the Court of his desire voluntarily to dismiss this cause;

**That failure to respond to this order as directed or any future orders will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** this *26th* day of June, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**