**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


JIMMY RAY RICHEY,

       Plaintiff,

vs.                                                                    CASE NO. 5:08cv181/RS-AK

ALLEN REGISTER, et al,

       Defendants.

_____/

## <u>ORDER</u>

Before me are the Magistrate Judge's Report and Recommendation (Doc. 20) and Plaintiff's Fed. R. Civ. P. 7(6) Motion to Appeal And To Supplement Prior Case With A Memorandum Of Law (Doc. 21), which shall be treated as objections. I have considered Plaintiff's objections *de novo*.

    **IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is dismissed pursuant to 28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief may be granted.

3.    The clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4.    The clerk is directed to close the file.

**ORDERED** on October 21, 2008.


/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**